UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-117(2) RM |
| | ) | |
| JULIE A. COSTELLO | ) | |
| | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 31, 2008 [Doc. No. 15]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Julie A. Costello's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 664.

SO ORDERED.

ENTERED:  December 1, 2008 

                                                 /s/ Robert L. Miller, Jr.  
                                              Chief Judge  
                                              United States District Court